## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| ERNEST R. WHOLAVER, JR., | : No. 303 MAL 2018 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| GOVERNOR TOM WOLF, MIDDLETOWN | : |
| POLICE DEPARTMENT, CHIEF JOHN T. | : |
| BEY, DAUPHIN COUNTY SHERIFF'S | : |
| OFFICE, NICHOLAS CHIMIENTI, JR., | : |
| AND DAUPHIN COUNTY DISTRICT | : |
| ATTORNEY'S OFFICE, EDWARD M. | : |
| MARSICO, JR., | : |
| | : |
| Respondents | : |

## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.